IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

MAR 18 2019

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DANIELLE NICOLE FRANCE,<br><br>*Defendant.* | Case No. 1:19-MJ-134 |

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Lloyd Johnson, being duly sworn, depose and state the following:

1. I am an Officer with the United States Park Police, and have been so employed for 22 years. I am assigned to enforce various federal, state, and local laws and regulations on land administered by the National Park Service, including within the Eastern District of Virginia.

2. This affidavit is submitted in support of a criminal complaint charging Danielle Nicole FRANCE with one count of assault of an intimate or dating partner by strangling or suffocating, or attempting to strangle or suffocate, in violation of 18 U.S.C. § 113(a)(8).

3. The facts and information contained in this affidavit are based upon my personal knowledge, information obtained from other law enforcement officers, and information obtained from witnesses in this case. All observations referenced in this affidavit that were not personally made by me were related to me by the individuals who made them or through my review of law enforcement reports.

4. This affidavit is being submitted for the limited purpose of supplying probable cause necessary to obtain a criminal complaint and is not intended to include each and every fact observed by me or known to the government.

## PROBABLE CAUSE

5.  On or about March 16, 2019, at approximately 6:00 p.m., a call was placed to 911 reporting that a car was stopped in the northbound lane of the George Washington Memorial Parkway (GWMP) near Potomac Overlook Regional Park, which is within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia. The 911 caller advised that the passenger had her hands around the neck of the driver and appeared to be choking the driver. I and other U.S. Park Police officers drove to the area near Potomac Overlook, but were unable to locate the vehicle.

6.  Shortly thereafter, I received word that the driver and the passenger had driven to the U.S. Park Police District Two Station in McLean, Virginia. I returned to the station, where I found the driver and alleged victim, S.V., as well as the defendant, Danielle FRANCE, who had been the passenger in S.V.'s vehicle. S.V. and FRANCE were standing next to S.V.'s gray Kia Soul, which was parked in front of the station.

7.  S.V. and FRANCE were moved into separate rooms to fill out witness statements, and I spoke to each of them individually. S.V. advised that she and FRANCE had met through Facebook while FRANCE was living in Chicago, and S.V. was living in Virginia. S.V. stated that she had paid for FRANCE to come to Virginia, and FRANCE had been living with S.V. off and on in S.V.'s home in Springfield, Virginia. S.V. had been supporting FRANCE financially. Most recently, FRANCE had been staying at a shelter in Bailey's Crossroads until FRANCE was kicked out for some sort of misconduct.

8.  S.V. stated that after she left work that day, she picked up FRANCE and the two went to get something to eat. After leaving the restaurant, FRANCE wanted to stop by the shelter to see if she could be readmitted. S.V. stated that she told FRANCE that she did not want to go to

the shelter, and that FRANCE should try calling on Monday. S.V. stated that FRANCE then reached over from the passenger's side and started choking her. S.V. reported that she could not breathe because FRANCE had her hands around S.V.'s neck. S.V. put her foot on the brakes and was able to stop the car on the GWMP. S.V. stated that she was trying to get out of the car, but could not get FRANCE's hands off her neck. S.V. stated that several cars were stopped behind her. Eventually, FRANCE let go, and S.V. was able to drive the car to the District Two Station.

9. When I interviewed FRANCE, FRANCE denied that any altercation had happened. FRANCE stated that she and S.V. had been out together and were driving around and listening to music. FRANCE stated that she fell asleep, and the next thing she knew, she was at the station and officers were pulling her out of the vehicle.

10. While I remained at the station, U.S. Park Police Officer Mace went to interview the 911 caller and the caller's two family members who were in the car with her (hereinafter, W-1, W-2, and W-3).

11. W-1 was driving the vehicle. W-1 reported that he was driving northbound on the GWMP in the left lane when he saw a stopped car in the right lane. He slowed down to about 15 miles per hour as he passed the stopped car. Because he was driving, W-1 did not look closely, but was able to see that the driver was trying to exit the vehicle with the door open, and he saw the right arm of the passenger around the driver's neck.

12. W-2 was riding in the front passenger's seat, and was the occupant who dialed 911. W-2 reported that as their car slowed down, W-2 saw the driver's side door of the stopped car was open and the driver's leg was sticking out. As their car passed the stopped car, W-2 saw the driver's eyes were bulging out and arms were flailing. W-2 then saw that the passenger had her hand on the driver's throat and was choking the driver.

13. W-3 was riding in the backseat next to the right side window. W-3 reported that as their car slowed down, W-3 could see the driver's side door of the stopped car was open, with the driver's leg partially out of the car. W-3 reported that as their car passed the stopped car, W-3 could see the driver's eyes bulging out, and the passenger was leaning over the driver. As their car passed the stopped car, W-3 looked back and saw the altercation through the front windshield of the stopped car; W-3 saw that the passenger was clearly choking the driver with the passenger's right arm or hand, and the driver was batting at the passenger with her arm but not exiting the vehicle.

## CONCLUSION

14. Based upon the foregoing, I submit that there is probable cause that on or about March 16, 2019, on the George Washington Memorial Parkway in Arlington, Virginia, within the Eastern District of Virginia, the defendant, Danielle FRANCE, did commit the following offense: assault of an intimate or dating partner by strangling, suffocating, or attempting to strangle or suffocate, in violation of 18 U.S.C. § 113(a)(8).

Officer Lloyd Johnson
United States Park Police

Sworn and subscribed to before me the ___ day of March 2019.

_____/s/_____
Michael S. Nachmanoff
United States Magistrate Judge

The Honorable Michael S. Nachmanoff
United States Magistrate Judge

4